IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KEN LENSING                                                                                          PLAINTIFF

vs.                                          CASE NO. **4:05CV00085GH**

UNITED PARCEL SERVICE, INC.                                                         DEFENDANT

## **ORDER**

Pending before the Court are a number of motions pertaining to discovery. Plaintiff has filed a motion to compel and for protective order. In his motion to compel, plaintiff seeks comparator information requested in interrogatories 13, 14, and 15, and requests for production 6, 7 8, 9, 11, 12 and 13, as well as requests attached as Exhibit "B."[1]

Defendant recognizes the plaintiff is entitled to comparator information but states that the parties have not conferred as required by Local Rule 7.2.(g). Defendant believes that the parties can resolve their dispute with regard to the discovery requests.   Thus, the Court will deny the motion to compel without prejudice to renew should the parties not resolve their dispute.

Plaintiff also seeks an Order compelling defendant to produce a knowledgeable corporate representative at its expense. Plaintiff asserts that defendant produced a witness who was not even in Arkansas during the relevant time period and was not knowledgeable about the facts of the case or about similarly situated individuals.

Defendant has filed a motion for protective order asking that the Court bar plaintiff from proceeding with a Second Notice of Deposition, as plaintiff had already deposed a

---

[1] Plaintiff's motion is somewhat confusing. In the body of the motion he refers to Interrogatories 13, 14, 15 and Requests for Production 6, 7,8 and 9 and all the requests in Exhibit B, yet in his prayer for relief he requests that defendant withdraw its objections and answer Interrogatory No. 25 and Requests for Production 11, 12, and 13. Defendant has responded to the motion discussing all the requests but notes that plaintiff has not served interrogatory no. 25.

Rule 30(b)(6) representative.

Plaintiff's original notice of deposition requested a 30(b)(6) witness to give testimony about (1) the facts and circumstances surrounding plaintiff's termination; (2) the identity of all persons who participated in the decision to terminate plaintiff; (3) the existence and implementation of all policies that plaintiff allegedly broke; and (4) whether other individuals were terminated under circumstances similar or more serious than that of plaintiff. Plaintiff issued a second notice of deposition pursuant to Rule 30(b)(6) seeking a vast amount of information, much of which could be provided in response to written discovery requests.

The Court is not persuaded that defendant need produce a 30(b)(6) witness who is able to provide all the detailed information sought by plaintiff. Rather, much of the information could best be provided in response to written discovery (such as identities, employment history and disciplinary history of other employees) or through deposition of fact witnesses. Thus, the Court will deny plaintiff's motion to compel production of a Rule 30(b)(6) witness and will grant defendant's motion for protective order to allow plaintiff an opportunity to seek discovery of the information through other means. Should plaintiff not obtain the information he seeks, he can renew his request to compel a 30(b)(6) witness.

Plaintiff has filed a motion to extend the discovery cutoff date. It is clear, based on the ruling, that the discovery cut-off date should be continued. Defendant is not opposed to the extension as long as the deadline for dispositive motions and the trial date be continued. Plaintiff opposes a continuance of the trial date.

The case is currently set for May 22, 2006. Defendant has filed its motion for summary judgment. Thus, the Court will not, at this time, continue the trial or the motions deadline. The Court will extend the discovery deadline to April 17, 2006.

Accordingly, plaintiff's motion to compel and for protective order (document no. 25) is denied; defendant's motion for protective order (document no. 27) is granted; plaintiff's motion for leave to file a reply to defendant's motion to compel (document no. 34) is

granted; the motion for extension of time to complete discovery (document no. 29) is granted.

    IT IS SO ORDERED this 5th day of April, 2006.

                                              */s/ George Howard, Jr.*
                                        UNITED STATES DISTRICT JUDGE